**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                             04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **TEXAS ESENCIA 2019 LLC** | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **La Esencia Apartments** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 4 – 1 7 6 6 1 7 3** | |
| **4. Debtor's address** | **Principal place of business**<br><br>**8600 WOODWAY DRIVE**<br>Number       Street<br>**College Station, TX 77063**<br>City                        State    ZIP Code<br><br>**Brazos**<br>County | **Mailing address, if different from principal place of business**<br><br>**143 MANOR LAKES ESTATES**<br>Number       Street<br>**Spring, TX 77379**<br>City                        State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**300 N Vista**<br>Number       Street<br>**Houston, TX 77073**<br>City                        State    ZIP Code |
| **5. Debtor's website (URL)** | **https://excelapts.com/la-esencia-apartments/** | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **1**

Debtor   **TEXAS ESENCIA 2019 LLC**    Case number *(if known)*
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **5  3  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
              MM / DD / YYYY

          District _____  When _____  Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

          District _____  When _____
                                 MM / DD / YYYY

          Case number, if known _____

Debtor    **TEXAS ESENCIA 2019 LLC**_____    Case number *(if known)* _____
           Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number   Street<br>  _____<br>  City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

| **Statistical and administrative information** | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☑ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   __TEXAS ESENCIA 2019 LLC__                            Case number *(if known)* _____
           Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __03/31/2025__
               MM/ DD/ YYYY

X __/s/ Fercan Kalkan__                              __Fercan Kalkan__
  Signature of authorized representative of debtor     Printed name

Title   __Managing Member__

**18. Signature of attorney**

X __/s/ James Q. Pope__                              Date __03/31/2025__
  Signature of attorney for debtor                          MM/ DD/ YYYY

  __James Q. Pope__
  Printed name

  __The Pope Law Firm__
  Firm name

  __6161 Savoy Drive 1125__
  Number       Street

  __Houston__                                __TX__       __77036__
  City                                        State        ZIP Code

  __(713) 449-4481__                         __jamesp@thepopelawfirm.com__
  Contact phone                               Email address

  __24048738__                                __TX__
  Bar number                                  State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page **4**

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **TEXAS ESENCIA 2019 LLC**                                CASE NO

                                                                 CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/31/2025**      Signature      **/s/ Fercan Kalkan**
                                          Fercan Kalkan, Managing Member

CRAIN, CATON & JAMES
17TH FLOOR, FIVE HOUSTON CENTER
1401 MCKINNEY ST.
HOUSTON, TX 77010

MORGAN STANLEY PRIVATE BANK, NA
2000 WESTCHESTER AVE
PURCHASE, NY 10577