# EXHIBIT A

## LEGAL DESCRIPTION

Description of an 8.456 acre (368,364 square foot) tract of land being all of NORTH VISTA APARTMENTS according to the map or plat thereof recorded in Volume 316, Page 72 of the Harris County Map Records, located in the Manuel Tarin Survey, Abstract 778, Harris County, Texas, said 8.456 acre tract of land being more particularly described as follows (with bearings referenced to said plat of NORTH VISTA APARTMENTS):

BEGINNING at a 5/8-inch iron rod found on the southerly right-of-way line of North Vista Drive (100 feet wide per Volume 298, Page 64 of the Harris County Map Records) for the most northerly northwest corner of Unrestricted Reserve "D", NORTH VIEW SUBDIVISION SECTION ONE as recorded in Volume 298, Page 64 of the Harris County Map Records and northeast corner of the herein described tract;

THENCE, South 08° 09' 00" East, departing the southerly right-of-way line of said North Vista Drive along a westerly line of said Reserve "D", a distance of 318.17 feet to a 5/8-inch iron rod found for the most easterly southeast corner of the herein described tract;

THENCE, South 88° 44' 24" West, along a northerly line of said Reserve "D", a distance of 100.00 feet to a 5/8-inch iron rod found for a southerly northwest corner of said Reserve "D" and an interior corner of the herein described tract;

THENCE, South 01° 15' 36" East, along a westerly line of said Reserve "D", a distance of 200.00 feet to a 5/8-inch iron rod found in the northerly line of Restricted Reserve "C" of Richey Road Apartments as recorded in Film Code Number 623045 of the Harris County Map Records for the southwest corner of said Reserve "D" and the most southerly southeast corner of the herein described tract;

THENCE, South 88° 44' 24" West, along the northerly line of said Reserve "C", a distance of 670.77 feet to a 5/8-inch iron rod found for the southeast corner of the called 1.0000 acre tract described in a Deed to AVTA Investments, recorded in Harris County Clerk file No. W763253, the southeast corner of Lexington Motor Inn North as recorded in Volume 316, page 150 of the Harris County Map Records and the southwest corner of the herein described tract;

THENCE, North 08° 08' 10" West, along the easterly line of said called 1.0000 acre tract, a distance of 464.53 feet to a 5/8-inch iron rod found on the southerly right-of-way line of the aforementioned North Vista Drive for the northeast corner of said called 1.0000 acre tract and the northwest corner of the herein described tract;

THENCE, North 81° 51' 50" East, along the southerly right-of-way line of said North Vista Drive, a distance of 65.63 feet to a 5/8-inch iron rod found for the point of curvature of a curve to the right;

THENCE, northeasterly, continuing along said southerly right-of-way line of North Vista Drive, and the arc of said curve to the right having a radius of 1,950.00 feet, through a central angle of 03° 27' 05", (the chord bears North 83° 35' 23" East, a distance of 117.45 feet) an arc distance of 117.46 feet to a 5/8-inch iron rod found for the point of tangency;

THENCE, N 85° 18' 55" E, continuing along the southerly right-of-way line of said North Vista Drive, a distance of 607.17 feet to the POINT OF BEGINNING and containing a computed area of 8.456 acres (368,364) of land.