# EXHIBIT B

# LEGAL DESCRIPTION

**TRACT 1:**

DESCRIPTION OF 11.4500 ACRES OF LAND (198.763 SQUARE FEET) BEING ALL OF SECTION ONE OF NORTHWEST PINES APARTMENTS, A SUBDIVISION OF RECORD IN VOLUME 261, PAGE 41, OF THE HARRIS COUNTY MAP RECORDS (H.C.M.R.) AND ALL OF THE PARTIAL REPLAT OF NORTHWEST PINES APARTMENTS, A SUBDIVISION OF RECORD IN VOLUME 283. PAGE 11 H.C.M.R., LOCATED IN THE A. G HOLLAND SURVEY, ABSTRACT NO. 346 AND THE JAMES YOUNG SURVEY, ABSTRACT NO 944, HOUSTON, HARRIS COUNTY, TEXAS; SAID 11.4500 ACRES BEING MORE FULLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARINGS ARE REFERENCED TO SAID PLAT OF NORTHWEST PINES APARTMENTS)

BEGINNING AT A 5/8-INCH IRON ROD WITH PLASTIC CAP STAMPED "TERRA SURVEYING" SET IN THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH HOUSTON-ROSSLYN ROAD (60 FEET WIDE) MARKING THE NORTHEAST CORNER OF SAID PARTIAL REPLAT OF NORTHWEST PINES APARTMENTS;

THENCE, SOUTH 37°18'38" EAST, ALONG THE SOUTHWEST RIGHT-OF-WAY LINE OF SAID NORTH HOUSTON-ROSSLYN ROAD, A DISTANCE OF 159.64 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE BEGINNING OF A CURVE TO THE RIGHT;

THENCE, SOUTHEASTERLY, CONTINUING ALONG SAID RIGHT-OF-WAY LINE OF NORTH HOUSTON-ROSSLYN ROAD AND THE ARC OF SAID CURVE TO THE RIGHT, AT A DISTANCE OF 218.00 FEET PASSING THE COMMON EAST CORNER OF THE AFORESAID SECTION ONE OF NORTHWEST PINES APARTMENTS, AND THE PARTIAL REPLAT OF NORTHWEST PINES APARTMENTS, CONTINUING ALONG SAID CURVE TO THE RIGHT A TOTAL ARC DISTANCE OF 614.65 FEET, HAVING A RADIUS OF 1,598.63 FEET, A CENTRAL ANGLE OF 22°1'46" AND A CHORD WHICH BEARS SOUTH 26°17'45" EAST, 610.87 FEET TO A 5/8-INCH IRON ROD FOUND FOR CORNER IN THE WEST RIGHT-OF-WAY LINE OF ANTOINE DRIVE (114 FEET WIDE);

THENCE, SOUTH 00°20'48" EAST ALONG THE WEST RIGHT-OF-WAY LINE OF SAID ANTOINE DRIVE, A DISTANCE OF 140.00 FEET TO A 5/8-INCH IRON ROD WITH PLASTIC CAP STAMPED "TERRA SURVEYING' SET FOR THE COMMON SOUTHEAST CORNER OF SAID NORTHWEST PINES APARTMENTS AND THE NORTHEAST CORNER OF A CALLED 4.4490 ACRE TRACT AS RECORDED UNDER HARRIS COUNTY CLERK'S FILE NUMBER N441935;

THENCE, SOUTH 89°39'12" WEST, ALONG THE COMMON SOUTH LINE OF SAID NORTHWEST PINES APARTMENTS AND THE NORTH LINE OF THE SAID 4.4490 ACRE TRACT, A DISTANCE OF 254.00 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE, NORTHWESTERLY, CONTINUING ALONG SAID COMMON LINE AND ALONG THE ARC OF SAID CURVE TO THE RIGHT, AN ARC DISTANCE OF 60.12 FEET, HAVING A RADIUS OF 92.61 FEET, A CENTRAL ANGLE OF 37°11'42" AND A CHORD WHICH BEARS NORTH 71°44'57" WEST, 59.07 FEET, TO A 5/8-INCH IRON ROD WITH A PLASTIC CAP STAMPED "TERRA SURVEYING" SET FOR THE END OF SAID CURVE, FROM WHICH A FOUND 5/8- INCH IRON ROD BEARS NORTH 70°24' WEST, 0.3 FEET;

THENCE, NORTH 82°01'19" WEST, NON-TANGENT WITH THE PREVIOUSLY DESCRIBED CURVE AND CONTINUING ALONG SAID COMMON LINE, A DISTANCE OF 315.13 FEET TO A 5/8-INCH

Exhibit A continues on following page.

IRON ROD FOUND IN THE ARC OF A CURVE TO THE LEFT IN THE EAST LINE OF A CALLED 15.9359 ACRE TRACT CONVEYED TO BIGELOW TEXAS CORPORATION AS RECORDED UNDER HARRIS COUNTY CLERK'S FILE NUMBER P353480, COMMON WITH THE EAST LINE OF THOUSAND OAKS APARTMENT VILLAGES SECTION ONE, A SUBDIVISION OF RECORD IN VOLUME 172, PAGE 62 H.C.M.R., AND MARKING THE COMMON NORTHWEST CORNER OF THE SAID 4.4490 ACRE TRACT AND THE SOUTHWEST CORNER OF SAID NORTHWEST PINES APARTMENTS;

THENCE, NORTHWESTERLY, NON-TANGENT WITH THE PREVIOUSLY DESCRIBED LINE

AND ALONG THE COMMON EAST LINE OF SAID 15.9359 ACRE TRACT AND SAID THOUSAND OAKS APARTMENT VILLAGES SECTION ONE AND THE WEST LINE OF SAID NORTHWEST PINES APARTMENTS AND ALONG THE ARC OF SAID CURVE TO THE LEFT, AN ARC DISTANCE OF 164.99 FEET (CALLED 165.00 FEET), HAVING A RADIUS OF 1,598.63 FEET, A CENTRAL ANGLE OF 05°54'48" (CALLED 05°54'49") AND A CHORD WHICH BEARS NORTH 15°27'11" WEST, 164.92 FEET, TO A 5/8-INCH IRON ROD FOUND FOR THE END OF SAID CURVE AND THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE, NORTHWESTERLY, CONTINUING ALONG SAID COMMON LINE AND ALONG THE ARC OF SAID CURVE TO THE LEFT, AT A DISTANCE OF 131.59 FEET PASSING THE COMMON WEST CORNER OF THE AFORESAID SECTION ONE OF NORTHWEST PINES APARTMENTS, AND THE PARTIAL REPLAT OF NORTHWEST PINES APARTMENTS, CONTINUING FOR A TOTAL ARC DISTANCE OF 362.59 FEET, HAVING A RADIUS OF 450.00 FEET, A CENTRAL ANGLE OF 46°09'57", A CHORD WHICH BEARS NORTH 24 44'46" WEST 352.86 FEET, TO A 5/8-INCH IRON ROD FOUND FOR THE END OF SAID CURVE AND THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT;

THENCE, NORTHWESTERLY, CONTINUING ALONG SAID COMMON LINE AND ALONG THE ARC OF SAID CURVE TO THE LEFT, AN ARC DISTANCE OF 120.03 FEET, HAVING A RADIUS OF 1,598.63 FEET, A CENTRAL ANGLE OF 04°18'07", AND A CHORD WHICH BEARS NORTH 33°14'00" WEST, 120.00 FEET, TO A 5/S-INCH IRON ROD WITH PLASTIC CAP STAMPED "TERRA SURVEYING" SET FOR THE END OF SAID CURVE, FROM WHICH A 5/8-INCH IRON ROD BEARS NORTH 53°17' WEST, 4.1 FEET;

THENCE, NORTH 25°42'29" WEST, CONTINUING ALONG SAID COMMON LINE NON-TANGENT WITH THE PREVIOUSLY DESCRIBED CURVE, A DISTANCE OF 194.29 FEET TO A 5/8-INCH IRON ROD FOUND IN THE SOUTH LINE OF A CALLED 4.3143 ACRE TRACT CONVEYED TO MAGI INTERNATIONAL PARTNERS LIMITED, AS RECORDED UNDER H.C.C.F. NUMBER N790465, COMMON WITH THE SOUTH LINE OF MINI-SPACE SUBDIVISION, A SUBDIVISION OF RECORD IN VOLUME 182, PAGE 140 H.C.M.R., AND MARKING THE COMMON NORTHEAST CORNER OF SAID 15 .. 9359 ACRE TRACT AND SAID THOUSAND OAKS APARTMENT VILLAGES SECTION ONE AND THE COMMON SOUTH CORNER OF RESERVE "A' AND RESERVE "B" OF SAID MINI-SPACE SUBDIVISION AND THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE, SOUTH 89°54'38" EAST, ALONG THE COMMON SOUTH LINE OF THE SAID 4.3143 ACRE TRACT AND SAID MINI-SPACE SUBDIVISION, AND THE NORTH LINE OF SAID PARTIAL REPLAT OF NORTHWEST PINES APARTMENTS, A DISTANCE OF 595.65 FEET TO THE POINT OF BEGINNING AND CONTAINING 11.4500 ACRES (198,763 SQUARE FEET) OF LAND.

Exhibit A continues on following page.

**TRACT 2:**

DESCRIPTION OF 0.0984 ACRES OF LAND (4,285 SQUARE FEET) BEING ALL OF A CALLED 0.0984 ACRE TRACT AS DESCRIBED UNDER HARRIS COUNTY CLERK'S FILE NUMBER E538598 AND BEING PART OF A CALLED 4.4490 ACRE TRACT AS DESCRIBED IN A DEED RECORDED UNDER HARRIS COUNTY CLERK'S FILE (H.C.C.F.) NUMBER N441935 AND BEING OUT OF THE JAMES YOUNG SURVEY, ABSTRACT NO. 944, CITY OF HOUSTON, HARRIS COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: (BEARINGS ARE REFERENCED TO THE PLAT OF NORTHWEST PINES APARTMENTS AS RECORDED IN VOLUME 271, PAGE 41 OF THE HARRIS COUNTY MAP RECORDS (H.C.M.R. )

BEGINNING AT A POINT IN THE COMMON NORTH LINE OF SAID 4.4490 ACRE TRACT AND IN THE SOUTH LINE OF SAID NORTHWEST PINES APARTMENTS, SAID POINT BEING SOUTH 82°01'19" EAST, 253.38 FEET FROM A 5/8-INCH IRON ROD FOUND MARKING THE COMMON NORTHWEST CORNER OF SAID 4.4490 ACRE TRACT AND THE SOUTHWEST CORNER OF SAID NORTHWEST PINES APARTMENTS;

THENCE SOUTH 82°01'19" EAST, ALONG SAID COMMON LINE, A DISTANCE OF 61.75 FEET TO A 5/8-INCH IRON ROD WITH PLASTIC CAP STAMPED "TERRA SURVEYING" SET MARKING THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT, FROM WHICH A FOUND 5/8-INCH IRON ROD BEARS NORTH 70°24' WEST, 0.3 FEET;

THENCE SOUTHEASTERLY, ALONG THE ARC OF SAID CURVE TO THE LEFT, AN ARC DISTANCE OF 60.12 FEET, HAVING RADIUS OF 92.61 FEET, A CENTRAL ANGLE OF 37°11'42", AND A CHORD WHICH BEARS SOUTH 71°44'57" EAST, 59.07 FEET, TO A 5/8-INCH IRON ROD FOUND MARKING A POINT FOR THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE SOUTHEASTERLY, ALONG THE ARC OF SAID CURVE TO THE RIGHT, AN ARC DISTANCE OF 112.46 FEET, HAVING A RADIUS OF 50.00 FEET, A CENTRAL ANGLE OF 12°52'16", A CHORD BEARING SOUTH 84°34'43" WEST, 90.21 FEET, TO A POINT;

THENCE SOUTH 59°01'01" WEST, NON-TANGENT WITH THE PREVIOUSLY DESCRIBED CURVE, A DISTANCE OF 21.00 FEET TO A POINT FOR THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE NORTHWESTERLY, ALONG THE ARC OF SAID CURVE TO THE RIGHT HAVING A RADIUS OF 71.00 FEET, A CENTRAL ANGLE OF 38°57'40", A CHORD BEARING NORTH 11°30'04" WEST 47.35 FEET, A TOTAL ARC DISTANCE OF 48.28 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.0984 ACRES OF LAND (4,285 SQUARE FEET).

**TRACT 3:**

DESCRIPTION OF 0.0572 ACRE OF LAND (2,490 SQUARE FEET) BEING ALL OF A CALLED 0.0572 ACRE TRACT AS DESCRIBED UNDER HARRIS COUNTY CLERK'S FILE NUMBER(S) E538598 AND BEING PART OF A CALLED 4.4490 ACRE TRACT AS DESCRIBED IN A DEED RECORDED UNDER HARRIS COUNTY CLERK'S FILE (H.C.C.F.) NUMBER N441935 AND BEING OUT OF THE JAMES YOUNG SURVEY, ABSTRACT NO. 944, CITY OF HOUSTON, HARRIS COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: (BEARINGS ARE REFERENCED TO THE PLAT OF NORTHWEST PINES APARTMENTS AS RECORDED IN VOLUME 261, PAGE 41 OF THE HARRIS COUNTY MAP RECORDS)

BEGINNING AT A 5/8-INCH IRON ROD FOUND MARKING THE COMMON NORTHWEST CORNER

---

Exhibit A continues on following page.

OF SAID 4.4490 ACRE TRACT AND THE SOUTHWEST CORNER OF SAID NORTHWEST PINES APARTMENTS;

THENCE SOUTH 82°01'19" EAST, ALONG THE COMMON SOUTH LINE OF SAID NORTHWEST PINE APARTMENTS AND THE NORTH LINE OF SAID 4.4490 ACRE TRACT A DISTANCE OF 10.67 FEET TO A POINT FOR THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE SOUTHEASTERLY, ALONG THE ARC OF SAID CURVE TO THE RIGHT, AND ARC DISTANCE OF 241.82 FEET, HAVING A RADIUS OF 1,608.63 FEET, A CENTRAL ANGLE OF 08°49'37", A CHORD WHICH BEARS SOUTH 07°56'58" EAST, 247.58 FEET, TO A POINT;

THENCE SOUTH 86°27'50" WEST, NON-TANGENT WITH THE PREVIOUSLY DESCRIBED CURVE, A DISTANCE OF 10.00 FEET TO A POINT IN THE COMMON WEST LINE OF SAID 4.4490 ACRE TRACT AND THE EAST LINE OF THOUSAND OAKS APARTMENTS, SECTION ONE AS RECORDED IN VOLUME 172, PAGE 62 H.C.M.R, AND IN THE ARC OF A NON-TANGENT CURVE TO THE LEFT;

THENCE NORTHWESTERLY, ALONG SAID COMMON LINE AND ALONG THE ARC OF SAID CURVE TO THE LEFT HAVING A RADIUS OF 1,598.63 FEET, A CENTRAL ANGLE OF 08°00'58" WEST 249.74 FEET, A TOTAL ARC DISTANCE OF 250.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.0572 ACRE (2,490 SQUARE FEET) OF LAND.