# EXHIBIT C

**LEGAL DESCRIPTION**

All that certain 9.5000 acres of land, more or less, being all of TIMBERS OF CRANBROOK, according to the map or plat recorded in Volume 318, Page 104 of the Map Records of Harris County, Texas, said 9.5000 acre tract being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8-inch iron rod marking the most southerly corner of said Timbers of Cranbrook, and being on the northeast right-of-way line of Ella Boulevard (100 feet wide);

THENCE North 45° 55' 07" West, a distance of 871.05 feet, with the said northeast right-of-way, to a found 5/8-inch iron rod for corner, and being a point on a curve to the right, having a central angle of 44° 09' 40", a radius of 100.00 feet, a chord angle of North 66° 09' 50" East, a chord distance of 75.18 feet;

THENCE with said curve to the right and with the north line of said Timbers of Cranbrook, an arc distance of 77.08 feet to a found 5/8-inch iron rod for the point of tangency;

THENCE North 88° 14' 29" East, a distance of 949.80 feet, continuing with said north line, to a found 5/8-inch iron rod for the point of curvature of a curve to the right, having a central angle of 44° 52' 18", a radius of 100.00 feet, a chord bearing of South 69° 19' 24" East, and a chord distance of 76.33 feet;

THENCE with the said curve to the right, continuing with said north line, for a arc distance of 78.32 feet to a found 5/8-inch iron rod marking the point of tangency;

THENCE South 46° 53' 15" East, a distance of 111.06 feet, continuing with the said north line, to a found 5/8-inch iron rod marking the northeast corner of said Timbers of Cranbrook;

THENCE South 44° 04' 53" West, a distance of 783.25 feet, with the southeast line of said Timbers of Cranbrook, to the POINT OF BEGINNING and containing 9.5000 acres (413,819 square feet) of land, more or less.